# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2008
_____

| | | |
|---|---|---|
| Richland V. Reed, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Remington Arms Company, Inc.; Paul | * | Appeal from the United States |
| Cahan, in his individual and official | * | District Court for the |
| capacity; Roger Lynch, in his individual | * | Eastern District of Arkansas. |
| and official capacity; Michael Jones, in | * | |
| his individual and official capacity; | * | [UNPUBLISHED] |
| Gary Boyles, in his individual and | * | |
| official capacity; Kim Schroeder, in his | * | |
| individual and official capacity, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 27, 1998
Filed: November 3, 1998
_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Richland V. Reed appeals following a final judgment by the district court[1] dismissing his employment discrimination action. Reed argues that the court abused its discretion in refusing to enter default judgment against defendants. Having carefully reviewed the record and the parties' submissions, we find the district court did not err in refusing to enter default judgment for the reasons set forth in its order, and we affirm the court's judgment. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George Howard Jr., United States District Judge for the Eastern District of Arkansas.